## CERTIFICATE OF SERVICE

I hereby certify that on 3 June 2008, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Brian Donnard<br>
PLUNKETT & DONNARD<br>
401 Broadway, #912<br>
NY, NY 10013

U.S. Attorneys Office
86 Chambers St.
NY, NY 10007

U.S.C.I.S. – District Director
26 Federal Plaza
NY, NY 10278

U.S. Attorney General
950 Penn. Ave., N.W.
Washington, DC 20530

Office of General Counsel
U.S.D.O.H.S.
Washington, DC 20528