UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MOHAMED ELARQEM,

              Plaintiff,　　　　　　　**ECF CASE**

   v.

                                         08 Civ. 4913 (JGK)

MICHAEL MUKASEY, et al.,

              Defendants.　　　　　　NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:　　Clerk of Court
　　　　United States District Court
　　　　Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:　　New York, New York
　　　　　June 13, 2008

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York

                         By:　　/s/_____
                               DAVID BOBER
                               Assistant United States Attorney
                               86 Chambers Street, 3rd Floor
                               New York, New York 10007
                               Telephone: (212) 637-2718
                               Facsimile: (212) 637-2786
                               Email: david.bober@usdoj.gov

To:　　Brian Donnard, Esq.
　　　　Plunkett & Donnard
　　　　401 Broadway, #912
　　　　New York, NY 10013