USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMED ELARQEM,

    Plaintiff,

- against -

ATTORNEY GENERAL MICHAEL B. MUKASEY, et al.,

    Defendants.

No. 08 Civ. 4913 (JGK)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for defendants to respond to the above-captioned complaint is hereby adjourned to September 4, 2008.

New York, New York
August 4, 2008

PLUNKETT & DONNARD
Attorneys for Plaintiff

_____
Brian Donnard, Esq
401 Broadway, Suite 912
New York, New York 10013
(212) 219-9866

New York, New York
August ___, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

_____
David Bober, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2718
Fax  (212) 637-2786

SO ORDERED:

_____
Hon. John G. Koeltl
United States District Judge

8/8/08

- page 1 of 1 -